**David LUSICK, Appellant**

v.

**Defacto Judge Pam Pryor Cohen DEM-BE, Joseph Evers, Clerk of Court, Sara Siegel Business Mgr., PA Department of Corrections Commonwealth of Pennsylvania, Travis Anderson, Esq., Kathy Diffily, Esq, A. Taylor Williams Esq., Appellees.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**

**William D. TURNER, Appellant**

v.

**COMMON PLEAS COURT OF PENNSYLVANIA, Philadelphia County, Seth Williams, Prosecutor, John Kerestes, Jailer, Sci Mahanoy, Appellees.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**

**Martin LIPSKY and Daniel Lipsky and Elie Lipsky, Appellees**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, the order of the Superior Court is affirmed by operation of law, as the votes among eligible Justices are equally divided.